UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>DESTENY ESTRELLA LEILANI SALAZAR,<br><br>            Defendant. | Case No.23-mj-70247-MAG-1 (LB)<br><br>Charging District's Case No.<br><br>22-cr-0208-TLN |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Eastern District of California

The defendant may need an interpreter for this language: Not Required.

      The defendant:      ( ) will retain an attorney.

                                    (X) is requesting court-appointed counsel.

**IT IS ORDERED:** The defendant is ordered to appear on Thursday, March 2, at 2:00 p.m., before Judge Delaney in Courtroom 24, 8th floor, 501 I Street, Sacramento, CA 95814 (the Robert T. Matsui Courthouse). The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: February 28, 2023

                                                                  LAUREL BEELER<br>
                                                                    United States Magistrate Judge